This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**WESLEY RUNYAN and**
**JAN RUNYAN,**

   **Plaintiff-Appellees,**

**vs.**            **NO. 31,831**

**EDUARDO J. MERINO, Individually**
**and d/b/a/ J.E.M. CONSTRUCTION,**

   Defendant-Appellant,

Sanders, Bruin, Coll & Worley, P.A.
Clayton S. Hightower
Roswell, NM

for Appellee

Bernadette Sedillo
Las Cruces, NM

for Appellant

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Charles C. Currier, District Judge**

**MEMORANDUM OPINION**

**GARCIA, Judge.**

Summary affirmance was proposed for the reason stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**J. MILES HANISEE, Judge**

2